76538-067
Number/Alien Registration Number

FCI Loretto
Place of Confinement

PO Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

*Shell opened*
*15JF*
*# 3*
*No Fee/IFP*
*No Related*
*Cases*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Alfonso Torres Alvarez
_____
(Full Name of Petitioner)

                        Petitioner,

            vs.

Michael Underwood, Warden
_____
(Name of Warden, Jailor or authorized person having
custody of Petitioner)

                        Respondent.

Case No. _3:23 - cv - 215_
          (To be supplied by Clerk)

Petitioner Under 28 U.S.C. § 2241
For a Writ Of Habeas Corpus
By a Person In Federal Custody

## PETITION

1.  What are you challenging in this petition?
    ☐   Bureau of Prisons sentence calculation or loss of good-time credits
    ☐   Immigration detention
    ☐   Probation, parole or supervised release
    ☒   Other (explain): I am challenging the immediate custodian's execution of sentence as unlawful
    executive restraint of my liberty without basis in USDC's sentence, duties of the US Attorney General
    as executor of USDC's sentence, and denial of 5th and 14th Amendment due process.

2.  (a) Name and location of the agency or court that made the decision you are challenging: _____
    Prisons; FCI Loretto, 772 St. Josephs St; Loretto, PA 15940

    (b) Case or opinion number: N/A

    (c) Decision made by the agency or court: Immediate custodian: M. Underwood, Warden, directly and
    through his staff, has refused to implement the First Step Act (FSA) Earned Time Credits (ETCs) as
    required by federal law, thereby limiting my access to the Second Chance Act (SCA), thus prejudicing
    me to serve more time than I am legally required to.

1

RECEIVED

SEP 13 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(d) Date of the decision: ___Verbal with various staff members.___

3.    Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

. If yes, answer the following:

(a) First appeal:  BP-8.

    (1) Name of the agency or court: ___FCI Loretto___

    (2) Date you filed: ___On or about December 20, 2022___

    (3) Opinion or case number: ___n/a___

    (4) Result: ___Denied due to current offense.___

    (5) Date of result: ___On or about December 30, 2022___

    (6) Issues raised: ___I am eligible to have ETC's applied to May 9, 2022, and since___
    ___my sentences are consecutive, throughout my 60 month sentence.___

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal:  BP-9

    (1) Name of the agency or court: ___FCI Loretto___

    (2) Date you filed: ___On or about January 3, 2023___

    (3) Opinion or case number: ___1143796___

    (4) Result: ___Denied due to current offense.___

    (5) Date of result: ___On or about January 30, 2023___

    (6) Issues raised: ___I am eligible to have ETC's applied up to May 9, 2022, and since___
    ___my sentences are consecutive, throughout my 60 month sentence.___

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal:  BP-10

    (1) Name of the agency or court: ___BOP Regional Office___

(2) Date you filed: _On or about Fedruary 5, 2023_

(3) Opinion or case number: _1143796-R1_

(4) Result: _Denied due to current offense._

(5) Date of result: _On or about March 15, 2023_

(6) Issues raised: _I am eligible to have ETC's applied up to May 9, 2022, and since my sentences are consecutive, throughout my 60 month sentence._

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: __n/a__

_____

_____

_____

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?

Yes ☒
No ☐

If yes, answer the following: _BP-11_

(a)  Name of the agency or court: ___BOP National Office___

(b)  Date you filed: ___March 27, 2023___

(c)  Opinion or case number: ___1143796-A1___

(d)  Result: ___Ineligible due to current offense. See Exhibit 5(a)___

(e)  Date of result: ___June 30, 2023___

(f)  Issues raised: ___See Exhibit 5___

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE:  In direct violation of 18 USC § 3632 no written notice was given, deductions of ETC's were not limited to the date of the rule violation, and future credits are not being applied. This  process violates his right to due process pursuant to the Fifth and Fourteenth Amendments to the US Constitution.

_____

(a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
See Affidavit attached
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground One? Yes ☒ No ☐

(c)  If yes, did you present the issue to:
      ☒ The Office of General Counsel
      ☐ The Board of Immigration Appeals
      ☐ The Parole Commission
      ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

GROUND TWO: ___n/a____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two?  Yes ☐  No ☐

(c) If yes, did you present the issue to:

□ The Office of General Counsel
□ The Board of Immigration Appeals
□ The Parole Commission
□ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
    n/a

GROUND THREE: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
    n/a

6

(b) Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐ No ☐

(c) If yes, did you present the issue to:
  ☐ The Office of General Counsel
  ☐ The Board of Immigration Appeals
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
  n/a

GROUND FOUR: _n/a_

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
  n/a

7

_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Four?  Yes ☐  No ☐

(c) If yes, did you present the issue to:
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
    n/a _____
_____
_____
_____
_____
_____
_____

Please answer these additional questions about this petition:

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐  No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐  No ☐

    If yes, answer the following:

    (1) Name of court: __n/a_____

    (2) Case number: __n/a_____

    (3) Opinion or case number: __n/a_____

    (4) Result: __n/a_____

    (5) Date of result: __n/a_____

(6) Issues raised: ___n/a_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b)   Explain why the remedy under § 2255 is inadequate or ineffective: ___n/a_____

_____

_____

_____

8.   If this case concerns immigration removal proceedings, answer the following:

(a)   Date you were taken into immigration custody: ___n/a_____

(b)   Date of removal or reinstatement order: ___n/a_____

(c)   Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐

(1) Date you filed: _n/a_____

(2) Case number: ___n/a_____

(3) Result: ___n/a_____

(4) Date of result: ___n/a._____

(5) Issues raised: ___n/a_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d)   Did you file an appeal with the federal court of appeals?
Yes ☐  No ☒

(1) Name of the court: ___n/a_____

(2) Date you filed: ___n/a_____

(3) Case number: ___n/a_____

(4) Result: ___n/a._____

(5) Date of result: __n/a__ _____

(6) Issues raised: __n/a__ _____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9.    Petitioner asks that the Court grant the following relief: __Being that the Petitioner is being denied his rights under the First Step Act, and in violation of his right to due process, he asks the COurt to ORDER the BOP to show cause as to why his ETC'ssshouldn't be immediately applied.__ _____

_____

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __September 13, 2023_____ (month, day, year).

_____
Signature of Petitioner
Alfonso Torres Alvarez

_____       __September 13, 2023____
Signature of attorney, if any       Date


10